[No. 65007-6-I.  Division One.  June 13, 2011.]

*In the Matter of the Marriage of* TRACY JO HATCH, *Appellant,* and JOHN DAVID HATCH, *Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 08-3-02326-7, Ronald L. Castleberry, J., entered January 14, 2010. *Affirmed* by unpublished opinion per Lau, J., concurred in by Dwyer, C.J., and Appelwick, J.

[No. 65067-0-I.  Division One.  June 13, 2011.]

THE STATE OF WASHINGTON, *Respondent,* v. MIKAEL RASHID, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 09-1-02028-7, Brian D. Gain, J., entered March 3, 2010. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Appelwick and Spearman, JJ.

[No. 65116-1-I.  Division One.  June 13, 2011.]

THE STATE OF WASHINGTON, *Respondent,* v. ALPHONSO LAVON GRAY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 08-1-12389-4, Regina S. Cahan, J., entered March 4, 2010. *Affirmed* by unpublished opinion per Dwyer, C.J., concurred in by Becker and Leach, JJ.

[No. 65292-3-I.  Division One.  June 13, 2011.]

THE HOUSING AUTHORITY OF THE CITY OF SEATTLE, *Respondent,* v. MOHAMED ADEN ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 08-2-31132-5, Richard D. Eadie, J., entered March 26, 2010. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Leach, A.C.J., and Lau, J.